**Order filed October 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00283-CV
_____

**FRANK JOHNSON, Appellant**

**V.**

**DORENA MARINO, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-03905**

## O R D E R

Appellant's brief was due July 8, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.